FILED
OCT - 9 2003
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# FOR PUBLICATION

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

ENTERED
OCT 1 0 2003
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

In re:

J. HOWARD MARSHALL
et ux.

Debtors.

Case No. LA 02-30769-SB

CHAPTER 11

NOTICE OF FILING SECOND
AMENDED OPINION

Pursuant to *Dressler v. Seeley Co. (In re Silverkraus)*, 336 F. 3d 864, 869 (9th Cir. 2003), the court HEREBY GIVES NOTICE of the filing of its Second Amended Opinion on Plan Confirmation And Motion To Dismiss (Constitutional Issues) in the above case, a copy of which is attached.

Dated: October 9, 2003

_____
Samuel L. Bufford
United States Bankruptcy Judge

1

Case 2:02-bk-30769-PC    Doc 224-1    Filed 10/09/03    Entered 10/10/03 00:00:00    Desc
Main Document    Page 2 of 2

## CERTIFICATE OF MAILING

I certify that a true copy of this NOTICE OF FILING SECOND AMENDED OPINION was mailed on **OCT 1 0 2003** to the parties listed below:

U.S. Trustee Office
Ernst & Young Plaza
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

Bingham McClutchen, LLP
Matthew A. Lesnick
355 S. Grand Ave., Ste. 4400
Los Angeles, CA 90071-6400

J. Howard Marshall, III
Ilene Marshall
300 S. Orange Grove Blvd., #7
Pasadena, CA 91105

David L. Neale/Anne E. Wells
Levene Neale Bender Rankin et al.
1801 Avenue of the Stars, Ste. 1120
Los Angeles, CA 90067

Bingham McCutchen, LLP
Julia Frost-Davies
Rheba Rutkowski
Andrew J. Gallo
150 Federal Street
Boston, MA 02110

Bingham McCutchen, LLP
G. Eric Brunstad, Jr.
One State Street
Hartford, CT 06103-3178

DATED: **OCT 1 0 2003**

_/s/ Denise O'Quin_
DEPUTY CLERK

2